# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| MICHAEL S. KLINGENSMITH, | : No. 97 WM 2015 |
| Petitioner | : |
| v. | : |
| HONORABLE DEBRA A. PEZZE, JUDGE WESTMORELAND COUNTY, PENNSYLVANIA, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of March, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **GRANTED** to the extent it seeks relief relative to the overdue transmittal of the record.

The Superior Court has issued three orders directing the Court of Common Pleas of Westmoreland County to transmit the record relative to Petitioner's pending appeal. *See Commonwealth v. Klingensmith*, 1120 WDA 2013 (orders dated 4/28/2014; 11/05/2014; and 03/09/2015). The common pleas court has not complied. As such, the Court of Common Pleas of Westmoreland County is **DIRECTED** to transmit the record to the Superior Court within 15 days and provide notice to this Court of that transmittal.

Jurisdiction is **RETAINED** pending receipt of the notice that transmittal has occurred.

The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption and to serve this order on both the President Judge of the Superior Court and the President Judge of the Court of Common Pleas of Westmoreland County.

Justice Eakin did not participate in the consideration or decision of this matter.